UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10036-CIV-KING

MIAKEL GUERRA MORALES,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the July 27, 2009 Report and Recommendation ("R&R") of Magistrate Judge Patrick A. White (D.E. #28), recommending that the Movant's Motion to Vacate Sentence be denied. On August 6, 2009, the Movant filed his Appeal of and Objections to the Report and Recommendation (D.E. #29).

Movant first objects to the statement in Magistrate Judge White's R&R that "It is evident from the record that a reasonable defendant in the movant's situation would not have wanted to appeal." (D.E. #28). Movant argues, that according to *Martin v. United States*, 81 F.3d 1083 (11th Cir. 1996), Magistrate Judge White should not have considered the merits of the appeal. Magistrate Judge White explicitly found, however, that, after an evidentiary hearing, "it [was] axiomatic that the movant did not reasonably demonstrate to counsel that he was interested in appealing." (D.E. #28).

Movant also objects and alleges that "[b]ased on the evidentiary hearing, there is little

doubt that the global plea offer was made and never communicated to the client." (D.E. #29).

Furthermore, the Movant suggests that "[t]he defendant's lack of education and legal

sophistication versus his counsel's desire to get him to testify were at odds." (D.E. #29).

According to the record before this Court, however, these are inaccurate statements.

Magistrate Judge White found, through the testimony presented at the evidentiary hearing,

that

> having carefully attended to the testimony of the witnesses at the evidentiary
> hearing and considered the entire record in this case, the undersigned credits
> counsel's testimony that she advised the movant of the benefits of pleading
> guilty versus proceeding to trial. This court credits counsel's testimony that
> she cautioned the movant that if he insisted on proceeding to trial, he could
> face an obstruction of justice enhancement. The undersigned also credits
> counsel's testimony that the movant was not interested in pleading guilty and
> insisted on proceeding to trial, despite the overwhelming evidence.

(D.E,. #28). After a thorough review of the record and the Court being otherwise fully

advised, the Court concludes that the R&R contains well-reasoned recommendations.

Accordingly, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Patrick A. White's July 27, 2009 Report and

   Recommendation **(D.E. #28)** be, and the same is, hereby **AFFIRMED and**

   **ADOPTED**.

2. Petitioner's Motion to Vacate Sentence **(D.E. #1)** is hereby **DENIED.**

3. All unresolved motions in this case are hereby **DENIED as MOOT**.

4. The Clerk of the Court shall **CLOSE** this case.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 18th day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:    **Magistrate Judge Patrick A. White**

**Clerk of Court**

***Counsel for the Petitioner***
**Philip Robert Horowitz**
9130 South Dadeland Boulevard
Suite 1910; Two Datran Center
Miami, FL 33156

***Counsel for the Government***
**Anne Ruth Schultz**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132

**Harry C. Wallace , Jr.**
United States Attorney's Office
500 East Broward Boulevard
Fort Lauderdale, FL 33394